UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNETTE DUVALL,

          NO. CIV. S-08-651 LKK/GGH

    Plaintiff,

  v.

          O R D E R

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
DOES 1 to 100,

    Defendants.
_____/

    Pending before the court is the plaintiff's motion to supplement the administrative record or, in the alternative, to remand the case to the administrator for consideration of additional evidence of plaintiff's medical condition. At oral argument, counsel for plaintiff asserted that the plan at issue fails to comply with 29 C.F.R. § 2560.503-1(b) and this failure militates towards the court's use of a less deferential standard of review of the administrator's decision. This point had been raised briefly by plaintiff in her reply brief and defendant had responded more briefly in its sur-reply. Because the court

1

1 concludes that resolution of this issue may affect the resolution
2 of the pending motion, the parties are ORDERED to file supplemental
3 briefing addressing this question.
4      Plaintiff shall file a supplemental brief no later than ten
5 (10) days from the date of this order. Defendants shall file a
6 supplemental brief no later than ten (10) days thereafter. Each
7 party's brief shall not exceed ten pages.
8      IT IS SO ORDERED.
9      DATED:  September 23, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2