1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNETTE DUVALL,<br><br>         Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>         Defendants. | CASE NO. CV 08-00651-LKK-GGH<br><br>**ORDER GRANTING STIPULATION FOR REMAND AND STAY OF LITIGATION** |

Based on the Stipulation for Remand and Stay of Litigation Submitted by Plaintiff Lynette Duvall and Defendant Reliance Standard Life Insurance Company ("Reliance Standard") IT IS HEREBY ORDERED THAT:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
PALM DESERT

LA #4833-7289-7795 v1

CASE NO. CV 08-00651-LKK-GGH
ORDER GRANTING STIPULATION FOR
REMAND AND STAY OF LITIGATION

PDF created with pdfFactory trial version www.pdffactory.com

1.    This case shall be remanded to Reliance Standard for the purpose of determining Plaintiff's entitlement, if any, to benefits under the long-term disability ("LTD") policy, with each party to bear her or its own costs and attorney fees.  The remand shall include consideration of Plaintiff's diagnosis of Huntington's Disease and materials submitted in support of her diagnosis.

2.    The new records regarding Huntington's Disease shall be made part of the administrative record.

3.    Each party reserves all of her or its rights under the LTD policy.

4.    Reliance Standard's agreement to the remand is in no way an acknowledgment or admission by Reliance Standard that it violated any ERISA regulations or that the standard of review is other than abuse of discretion.

5.    Reliance Standard shall issue a decision on the remand by 90 days of the entry of this Order.

6.    This case shall be stayed while the claim is remanded.

7.    The parties shall submit a joint status report within 120 days of the entry of the Court's Order granting the remand.

DATED: October 6, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com