UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNETTE DUVALL,

          Plaintiff,

    v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
DOES 1 to 100,

          Defendants.
_____/

NO. CIV. S-08-651 LKK/GGH

O R D E R

The court is in receipt of the parties' joint status report stating that the underlying administrative action has been completed and requesting that a new trial date be set. Accordingly, the court ORDERS as follows:

    1.    The stay is LIFTED and the case is RE-OPENED.

    2.    A status conference is SET for February 17, 2009 at 10:30 AM, at which time the court will set a Pretrial Conference and trial date.

IT IS SO ORDERED.

DATED: February 9, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT