UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNETTE DUVALL,

          Plaintiff,

    v.

RELIANCE STANDARD LIFE
INSURANCE COMPANY and
DOES 1 to 100,

          Defendants.
_____/

NO. CIV. S-08-651 LKK/GGH

O R D E R

A status conference was held in this case on February 17, 2009 at which counsel for both parties were present. Based upon their representations, the court hereby ORDERS as follows:

1. The parties SHALL file and serve cross-motions for summary judgment not later than May 1, 2009.
2. Oppositions or statements of non-opposition SHALL be filed and served not later than May 22, 2009.
3. Replies, if any, SHALL be filed and served not later than June 5, 2009.

////

1

1      4.   A hearing on the motions is SET for June 15, 2009 at
2           10:00 AM in Courtroom 4.
3   IT IS SO ORDERED.
4   DATED:  February 19, 2009.

```
                        /s/ Lawrence K. Karlton
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```