David Allen, State Bar No. 87193
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA  95819
Telephone:   (916) 455-4800
Facsimile:    (916) 451-5687

Attorneys for Plaintiff Lynette Duvall

Daniel W. Maguire, (SBN 120002)
Keiko J. Kojima, (SBN 206595)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600	Fax:  213.236.2700

Attorneys for Defendant
Reliance Standard Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNETTE DUVALL,<br><br>     Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>     Defendants. | CASE NO. CV 08-00651-LKK-GGH<br><br>**STIPULATION FOR CHANGE OF HEARING DATE AND ORDER** |

   Plaintiff Lynette Duvall and Defendant Reliance Standard Life Insurance

Company ("Reliance Standard") by and through their respective attorneys of

record, hereby stipulate and agree that:

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Palm Desert

PDF created with pdfFactory trial version www.pdffactory.com

1         1.     The parties request that hearing for motion for judgment, currently

2    scheduled for June 15, 2009, be continued due to Plaintiff's counsel's

3    unavailability.  Plaintiff's counsel is scheduled to be in Trial in Placer Superior

4    Court the week of June 15, 2009 and Sacramento Superior Court the week of June

5    22, 2009.  Plaintiff's counsel's calendar is mostly clear beginning June 29, 2009.

6    However, Defendant's counsel[1] is unavailable starting on June 22, 2009 due to a

7    two-week trial.  The parties are available for a July 6, 2009 hearing.  Alternatively,

8    the parties are available for an alternate date in July, 2009.

9

10        2.     Therefore, the parties request that the hearing on motion for judgment,

11   previously scheduled by the Court for June 15, 2009 shall be rescheduled for July 6,

12   2009 at 10:00 a.m. in Courtroom 4.

13

14        3.     The briefing schedule shall remain unchanged from the Order of the

15   Court dated February 20, 2009.

16

17

18   DATED:  April 14, 2009          DAVID ALLEN & ASSOCIATES
     DAVID ALLEN

19

20                         By: */s/ David Allen*

21                          DAVID ALLEN
                            Attorneys for Plaintiff

22                          Lynette Duvall

23

24

25

26

27

28   [1] Defendant is in the process of substituting counsel.  The schedule described above
     pertains to the availability of new defense counsel.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
PALM DESERT

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1

DATED:  April 14, 2009          BURKE, WILLIAMS & SORENSEN, LLP
2                                DANIEL W. MAGUIRE
                                 KEIKO J. KOJIMA
3

4

5                                By:/s/ Keiko J. Kojima
                                    KEIKO J. KOJIMA
6                                   Attorneys for Defendant
                                    Reliance Standard Life Insurance
7                                   Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
PALM DESERT

- 3 -

CASE NO. CV 08-00651-LKK-GGH
STIPULATION FOR CHANGE  OF
HEARING DATE AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the Stipulation for Change of Hearing Date submitted by Plaintiff Lynette Duvall and Defendant Reliance Standard Life Insurance Company IT IS HEREBY ORDERED THAT:

1. The Hearing on Motions previously scheduled by the Court for June 15, 2009 shall be rescheduled for August 3, 2009 at 10:00 a.m. in Courtroom 4.

2. The briefing schedule shall remain unchanged from the Order of the Court dated February 20, 2009.

DATED: April 21, 2009.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
PALM DESERT

CASE NO. CV 08-00651-LKK-GGH
STIPULATION FOR CHANGE OF
HEARING DATE AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com