| | |
|---|---|
| 1 | Russell H. Birner (181835) |
| 2 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| | 555 South Flower Street, Suite 2900 |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 443-5100 |
| 4 | Facsimile: (213) 443-5101 |

Keiko J. Kojima (206595)
BURKE WILLIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236.2700

Attorneys for Defendant
RELIANCE STANDARD LIFE
INSURANCE COMPANY

David Allen (87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687

Attorneys for Plaintiff LYNETTE DUVALL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| LYNETTE DUVALL, <br>              Plaintiff, <br> vs. <br> RELIANCE STANDARD LIFE INSURANCE COMPANY, <br>              Defendant. | CASE NO. 08-CV-0651-LKK (GGH) <br><br> STIPULATION TO CONTINUE DEADLINE FOR FILING BRIEFS IN OPPOSITION TO CROSS-MOTIONS FOR JUDGMENT; ORDER <br><br> Current date: 5/22/09 <br> Proposed date: 6/5/09 |
*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP — 555 South Flower Street, Suite 2900, Los Angeles, CA, 90071-2407*

- 1 -
STIPULATION TO CONTINUE DEADLINE FOR FILING BRIEFS IN OPPOSITION TO
CROSS-MOTIONS FOR JUDGMENT; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Lynette Duvall and Defendant Reliance Standard Life Insurance Company ("Reliance Standard") by and through their respective attorneys of record, hereby stipulate and agree that:

1. On April 15, 2009, the parties submitted a stipulation requesting that the Court reschedule the hearing on the parties' cross-motions for judgment from June 15, 2009, due to Plaintiff's counsel trial calendar.

2. As the parties were seeking only a brief continuance, they did not request a change to the previously set briefing schedule.

3. On April 21, 2009, the Court rescheduled the hearing from June 15, 2009 to August 3, 2009.

4. The parties timely filed their cross-motions on May 1, 2009.

5. Briefs in opposition to the cross-motions are currently due on May 22, 2009.

6. However, due to recent, unexpected changes in Defendant's counsel's calendar, the parties have agreed that neither party would be prejudiced by a two-week extension for the filing of the oppositions, until June 5, 2009. This date is approximately two months prior to the date of the hearing.

Dated: May 14, 2009    WILSON ELSER MOSKOWITZ EDELMAN
                                                                                                                      & DICKER LLP

By: /s/Russell H. Birner
      RUSSELL H. BIRNER

Attorneys for Defendant
RELIANCE STANDARD LIFE INSURANCE COMPANY

Dated: May 14, 2009    DAVID ALLEN & ASSOCIATES

By: /s/David Allen
      DAVID ALLEN

Attorneys for Plaintiff
LYNETTE DUVALL

- 2 -
STIPULATION TO CONTINUE DEADLINE FOR FILING BRIEFS IN OPPOSITION TO CROSS-MOTIONS FOR JUDGMENT; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the Stipulation to Continue Deadline for Filing Briefs in Opposition to Cross-Motions for Judgment submitted by Plaintiff Lynette Duvall and Defendant Reliance Standard Life Insurance Company IT IS HEREBY ORDERED THAT:

The Deadline for filing Briefs in Opposition to Cross-Motions for Judgment is continued from May 22, 2009 to June 5, 2009.

DATED: May 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA, 90071-2407,

PDF created with pdfFactory trial version www.pdffactory.com